JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RAYMOND LOPEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>  Defendants. | Case No.: 2:20-cv-00577-MWF-AS<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the stipulation of the Parties, Defendant Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 1, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1